IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02511-BNB

LEX BAER,

    Plaintiff,

v.

PEGGY HEIL, and
ARISTEDES ZAVARAS,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 05 2010

GREGORY C. LANGHAM
CLERK

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 5, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02511-BNB

Lex Baer
Prisoner No. 137689
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/5/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk