IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02511-REB-BNB

LEX BAER,

Plaintiff,

v.

PEGGY HEIL, and
ARISTEDES ZAVARAS,

Defendants.

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter arises on the plaintiff's **Motion for Default Judgement** [Doc. #10, filed 12/29/2010] (the "Motion").  I respectfully RECOMMEND that the Motion be DENIED.

The plaintiff filed his Prisoner Complaint on October 14, 2010 [Doc. #2] (the "Complaint").  On November 8, 2010, the district judge ordered the United States Marshal to serve the defendants [Doc. #7].  A request for waiver of service was served on the defendants on November 8, 2010.  Id.  The defendants filed a Waiver of Service of Summons on November 8, 2010 [Doc. #8].

Under Rule 12(a)(1)(A)(ii), Fed. R. Civ. P., if a defendant has timely waived service, as here, the defendant must serve an answer "within 60 days after the request for a waiver was sent."  Therefore, the defendants were required to answer or otherwise respond to the Complaint on or before January 7, 2011.

The defendants filed a motion to dismiss the Complaint on January 7, 2011 [Doc. #12].  Therefore, the defendants are not in default, and a default judgment is not appropriate.

I respectfully RECOMMEND that the Motion for Default Judgement be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections.  A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000).  A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated January 31, 2011.

                                          BY THE COURT:

                                           s/ Boyd N. Boland
                                          United States Magistrate Judge