**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02511-REB-BNB

LEX BAER,

      Plaintiff,

v.

PEGGY HEIL, and
ARISTEDES ZAVAROS,

      Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#15] filed January 31, 2011.  No objections having been filed to the recommendation, I review it only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#15] filed January 31, 2011, is **APPROVED AND ADOPTED** as an order of this court; and

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

2. That plaintiff's **Motion for Default Judgment** [#10], filed December 29, 2010, is **DENIED**.

Dated March 3, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge